UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CARMEN GARRETT,<br>    Plaintiff,<br><br>-v-<br><br>SOUTHWESTERN MEDICAL CLINIC PC,<br>LAKELAND REGIONAL HEALTH SYSTEM, and<br>LAKELAND MEDICAL PRACTICES,<br>    Defendants. | No. 1:13-cv-634<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendants' motion for summary judgment (ECF No. 58) and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 19, 2014                   /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge